UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAQ KAHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRAUENHIEM, et al.,<br><br>　　　　　Defendants. | No. 1:15-cv-01843 LJO DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff Mustaq Ali Kahn ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 9, 2015.

　　　On February 29, 2016, the Court screened Plaintiff's complaint and dismissed it with leave to amend. After receiving extensions of time, Plaintiff's amended complaint was due on or before May 22, 2016. Plaintiff has not filed an amended complaint or otherwise contacted the Court.

　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within thirty (30) days of the date of service. Plaintiff may also comply with this order by filing an amended complaint pursuant to the February 29, 2016, order.

<u>Failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **June 13, 2016**                                   /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE